```
 1  McGREGOR W. SCOTT
    United States Attorney
 2  BOBBIE J. MONTOYA
    Assistant U. S. Attorney
 3  501 I Street, Suite 10-100
    Sacramento, California 95814-2322
 4  Telephone: (916) 554-2700
    Fax:  (916) 554-2900
 5  MARY P. PARNOW
    Special Assistant U.S. Attorney
 6  333 Market Street, Suite 1500
    San Francisco, CA 94102
 7  Telephone:  (916) 977-8943
    Fax:  (415) 744-0134
 8
    Attorneys for Defendant
 9
                     UNITED STATES DISTRICT COURT
10
                    EASTERN DISTRICT OF CALIFORNIA
11
    SHERRI LAWRENCE,              )   Case No. 2:06-CV-00275-GGH
12                                )
          Plaintiff,              )   STIPULATION TO REDACT PAGES
13                                )   FROM THE CERTIFIED
    v.                            )   ADMINISTRATIVE TRANSCRIPT
14                                )   PRIOR TO LODGING THE
    JO ANNE B. BARNHART,          )   TRANSCRIPT IN THIS ACTION;
15  Commissioner of               )   ▇▇▇▇▇▇▇ ORDER
    Social Security,              )
16                                )
          Defendant.              )
17  _____)
```

18      The parties to the above-captioned action, by and through
19 their undersigned attorneys, hereby stipulate as follows:
20      1)  Pages 272, 273, and 274 of the Certified Administrative
21 Transcript are confidential records which have no relevance to
22 this action because they reference an individual not involved in
23 this action;
24      2)  Said pages shall be removed from the Certified
25 Administrative Transcript, and from all copies of the Transcript,
26 and then destroyed by Plaintiff's attorney, the Assistant United
27 States Attorney, and the Assistant Regional Counsel; the redacted

Lawrence v. Barnhart
Redaction Stip. & Order
2:06-cv-00275-GGH                    1

1  Certified Administrative Transcript shall then be lodged in this
2  action and served upon Plaintiff.
3      3)  The above-mentioned pages, mistakenly included in the
4  Administrative Transcript, will not be disclosed to anyone.
5      4)  The inadvertent inclusion of the above-mentioned pages
6  in the Certified Administrative Transcript will not be a basis
7  for a claimed error.

8  DATED:  /s/ June 5, 2006        /s/ Elizabeth L. Gade
                                   ELIZABETH L. GADE
9                                  Attorney at Law

10                                 Attorney for Plaintiff

11
    DATED:  /s/ June 5, 2006       McGREGOR W. SCOTT
12                                 United States Attorney
                                   BOBBIE J. MONTOYA
13                                 Assistant U. S. Attorney

14                             By: /s/ Bobbie J. Montoya for
                                   MARY P. PARNOW
15                                 Special Assistant U. S. Attorney

16                                 Attorneys for Defendant
    OF COUNSEL:
17  LUCILLE GONZALES MEIS
    CHIEF COUNSEL, REGION IX
18  U.S. SOCIAL SECURITY ADMINISTRATION

19

20                                 ORDER

21
    APPROVED AND SO ORDERED.
22
    DATED: June 19, 2006
23                                 GREGORY G. HOLLOWS
                                   GREGORY G. HOLLOWS
24                                 United States Magistrate Judge

25

26

27

28
    Lawrence v. Barnhart
    Redaction Stip. & Order
    2:06-cv-00275-GGH                    2