McGREGOR W. SCOTT
United States Attorney
LUCILLE GONZALES MEIS
Regional Chief Counsel, Region IX
Social Security Administration
MARY P. PARNOW
Special Assistant United States Attorney

    333 Market Street, Suite 1500
    San Francisco, California 94105
    Telephone: (415) 977-8943
    Facsimile: (415) 744-0134
    E-Mail: mary.parnow@ssa.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

**SACRAMENTO DIVISION**

| | |
|---|---|
| SHERRI LAWRENCE, )<br>    Plaintiff, )<br>              v. )<br>MICHAEL J. ASTRUE[1], )<br>Commissioner of )<br>Social Security, )<br>    Defendant. ) | CIVIL NO. 2:06-CV-00275-GGH<br><br>STIPULATION AND ORDER SETTLING ATTORNEY'S FEES PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT (EAJA) |

      IT IS HEREBY STIPULATED by and between the parties through their undersigned counsel, subject to the approval of the Court, that Plaintiff's counsel, as Plaintiff's assignee, be awarded attorney fees under the EAJA in the amount of TWO THOUSAND SEVEN HUNDRED SIXTY DOLLARS and 00/100 DOLLARS ($2,760.00).  This amount represents compensation for all legal services rendered on behalf of Plaintiff by counsel in connection with this civil action, in accordance with

---

[1] Michael J. Astrue became the Commissioner of Social Security on February 12, 2007. Pursuant to Rule 25(d)(1) of the Federal Rules of Civil Procedure, Michael J. Astrue should, therefore, be substituted for Commissioner Jo Anne B. Barnhart as the defendant in this suit.  No further action need be taken to continue this suit by reason of the last sentence of section 205(g) of the Social Security Act, 42 U.S.C. § 405(g).

28 U.S.C. § 2412(d).

This stipulation constitutes a compromise settlement of Plaintiff's request for EAJA attorney fees, and does not constitute an admission of liability on the part of Defendant under the EAJA. Payment of TWO THOUSAND SEVEN HUNDRED SIXTY DOLLARS and 00/100 DOLLARS ($2,760.00) in EAJA attorney fees, shall constitute a complete release from and bar to any and all claims Plaintiff may have relating to EAJA fees in connection with this action. Any payment shall be made payable to Plaintiff's counsel as Plaintiff's assignee and delivered to Plaintiff's counsel.

This award is without prejudice to the rights of Plaintiff's counsel to seek Social Security Act attorney fees under 42 U.S.C. § 406, subject to the provisions of the EAJA.

Respectfully submitted,

Dated: September 27, 2007            /s/ Elizabeth L. Gade
                                     (As authorized via facsimile)
                                     ELIZABETH L. GADE
                                     Attorney for Plaintiff

Dated: September 27, 2007            McGREGOR W. SCOTT
                                     United States Attorney
                                     LUCILLE GONZALES MEIS
                                     Regional Chief Counsel, Region IX
                                     Social Security Administration

                                     /s/ Mary P. Parnow
                                     MARY P. PARNOW
                                     Special Assistant U.S. Attorney

                                     Attorneys for Defendant

ORDER

APPROVED AND SO ORDERED.

DATED: 10/11/07                      /s/ Gregory G. Hollows
                                     UNITED STATES MAGISTRATE JUDGE

lawrence.ord